897 F.2d 523
 Norfolk & Western Railroad Company, Southern Railroad Co.,
Union Pacific Railroad Co., Missouri Pacific Railroad Co.,
Western Pacific Railroad Co., Spokane International Railroad
Co., Missouri-Kansas-Texas Railroad Co.,
Oklahoma-Kansas-Texas Railroad Co., Consolidated Railroad Corporation
v.
Wasserstrom (David E.), Bergman (Esther S.), Doe
Corporation, John and/or Jane Doe
 NOS. 89-1601, 89-1629
 United States Court of Appeals,
Third Circuit.
 JAN 24, 1990
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.